IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § § § § § § | CASE NO. 23-10370-smr CHAPTER 7 | |
| CRAIGE KEVIN HOWLETT, | | |
| Debtor. | | |
| FOUNDATION FOR ANIME AND NICHE SUBCULTURES, § § § § § § § § § § § § | ADVERSARY NO. 24-01015-smr | |
| Plaintiff, | | |
| v. | | |
| CRAIGE KEVIN HOWLETT, | | |
| Defendant. | | |

**STATEMENT REGARDING
CONSENT TO ENTRY OF FINAL JUDGMENT**

COMES NOW, Plaintiff, Foundation for Anime and Nice Subcultures ("Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding"), who hereby files this statement regarding consent to entry of final judgment in the Adversary Proceeding. The Plaintiff fully consents to the entry of final orders and judgments by the Bankruptcy Court in the Adversary Proceeding. This statement of consent is based upon the existing claims, causes of action, and defenses stated in the documents filed of record in the Adversary Proceeding.

Respectfully submitted,

*/s/ Jason M. Rudd*
Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Stafford P. Brantley, Tex. Bar No. 24104774
stafford.brantley@wickphillips.com
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Fax: (214) 692-6255

COUNSEL FOR FOUNDATION FOR ANIME AND NICHE SUBCULTURES

## CERTIFICATE OF SERVICE

I certify that on April 5, 2024, a true and correct copy of the foregoing document was served via ECF on all parties, including the following:

| | | |
|---|---|---|
| Fred E. Walker | _____ | Hand Delivery |
| Fred E. Walker, P.C. | _____ | Regular Mail |
| 108 Wild Basin Rd, Suite 250 | _____ | Facsimile |
| Austin, TX 78746 | __X__ | E-mail |
| E-mail: fred@fredwalkerlaw.com | __X__ | CM/ECF |

*/s/ Jason M. Rudd*
Jason M. Rudd